FILED

10/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0114

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0114

_____

TAMARA BARNHART,

     Petitioner and Appellee

v.

                                O R D E R

MONTANA STATE FUND,

     Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable David Sandler, Workers' Compensation Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 5 2022